IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff | ) | No. 11 CV 6102 |
| | ) | |
| v. | ) | |
| | ) | |
| Forest Park Police Detective | ) | Judge Ronald A. Guzman |
| YOUNG LEE and VILLAGE OF | ) | |
| FOREST PARK, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**MOTION FOR LEAVE TO FILE A**
**MOTION TO PROCEED AS JANE DOE UNDER SEAL**

Now comes Plaintiff, Jane Done, by her attorneys, LOEVY & LOEVY, and pursuant to Local Rule 26.2(b) requests leave to file a Motion to Proceed as Jane Doe under seal. In support of her motion, Plaintiff states as follows:

1. Plaintiff has brought the instant lawsuit against Defendant Forest Park Police Detective Lee for sexually assaulting her and violating her constitutional rights. *See* Doc. 1.

2. Due to the sensitive nature of these allegations, Plaintiff intends to seek permission from this Court to proceed with this lawsuit as anonymously, as Jane Doe. This motion will reveal Plaintiff's true identity and explain sensitive reasons why she should be allowed to proceed as Jane Doe.

3. This information should not be made part of the public record.

WHEREFORE, Plaintiff seeks leave to file a motion for leave to proceed as Jane Doe under seal.

RESPECTFULLY SUBMITTED,

/s/ Elizabeth Wang
One of Plaintiff's Attorneys

Arthur Loevy
Jon Loevy
Roshna Bala Keen
Elizabeth Wang
LOEVY & LOEVY
312 N. May St., Suite 100
Chicago, IL 60607
(312) 243-5900